IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | Criminal No. L-12-111-1 |
| JARVIER ORTIZ-RIVERA;<br>AKA: JAVIER ORTIZ-RIVERA;<br>TN: JAVIER ORTIZ-RIVERA | § | |

**ORDER**

On April 27, 2012, the Court reviewed the file in the above-captioned matter, specifically the Report and Recommendation of the United States Magistrate Judge, which reports that Defendant waived appearance before this Court and appeared before the Magistrate Judge for the taking of a felony guilty plea under the procedures set forth in Rule 11, Federal Rules of Criminal Procedure.

The Magistrate Judge recommends that the undersigned accept the Defendant's plea of guilty. Noting no objection by the Defendant, the Court ACCEPTS the findings of fact and conclusions of law in the Magistrate Judge's Report and Recommendation.

SIGNED on April 27, 2012, at Laredo, TX.

George P. Kazen
Senior United States District Judge